# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Michael Wright, Black Male, DOB: XX/XX/1982, SSN: XXX-XX-0084

Case No. 20-mj-28

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Michael Wright, Black Male, DOB: XX/XX/1982, SSN: XXX-XX-0084

located in the __Middle__ District of __Louisiana__, there is now concealed *(identify the person or describe the property to be seized)*:

DNA retrievable by buccal swab or blood sample.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18:922(g)(1) | Felon in Possession of a Firearm |

The application is based on these facts:

See attached Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Digitally signed by DAVID GRUNEWALD (Affiliate)
Date: 2020.05.21 18:36:45 -05'00'

David Grunewald, ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 22, 2020

*Judge's signature*

City and state: Baton Rouge, Louisiana

Honorable Scott D. Johnson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

Before me, the undersigned authority, personally came and appeared David Grunewald, referred to as "Affiant" herein. Affiant is a Task Force Officer with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), who, after being duly sworn, stated the following information, which he acknowledges as true to the best of his knowledge and belief:

1. Affiant is a Lieutenant with the East Baton Rouge Parish Sheriff's Office (EBRSO) and has been so employed since 1989. Affiant is has been assigned to the ATF Task Force since August of 2017. Affiant's primary responsibility is to conduct investigations concerning violations of criminal laws in the State of Louisiana. Affiant has attended and successfully completed training for Louisiana Peace Officer Standards and Training ("POST") Council thru the EBRSO. Affiant has also attended and successfully completed yearly refresher training as required by Louisiana POST and EBRSO, as well as numerous schools, trainings, and seminars, which were specific to the Affiant's assignments in the Sheriff's Office. During Affiant's time as a law enforcement officer, Affiant has participated in investigations concerning the unlawful firearms possession by federally prohibited individuals. Affiant knows that it is a violation for a person who has been convicted of a crime punishable by imprisonment for a term exceeding one year to possess a firearm, which has been shipped or transported in interstate or foreign commerce, Title 18, United States Code, Section 922(g)(1).

2. The purpose of this search warrant is to search the body of MICHAEL WRIGHT in order to obtain a buccal swab of DNA from the defendant.

1

3. As set forth below, Affiant is conducting an investigation into the unlawful possession of a firearm and ammunition, in the presence of marijuana and crack-cocaine, possessed by MICHAEL WRIGHT in the Middle District of Louisiana on October 7, 2019.

4. The following information has been obtained by Affiant personally or by reviewing EBRSO reports. This Affidavit is made in support of an application for search warrant for a buccal swab of DNA from MICHAEL WRIGHT, a Black Male with the date of birth 07/29/1982.

5. On October 7, 2019, at approximately 12:30 a.m., Baker Police officers Jasmine LeDuff, Charles Wright and Johnathan Gross, along with EBRSO Officer William Griffin, and others, investigated a complaint of an unresponsive driver in a vehicle that was stopped in a travel lane at the intersection of Comite Drive and Plank Road in East Baton Rouge Parish.

6. Upon arrival, Baker Police officers discovered the vehicle, identified as a 2019 Mitsubishi Mirage (LA License Plate 748 DEZ), stopped in the travel lane on Comite Drive. The driver, later identified as MICHAEL WRIGHT, was slumped over the wheel of the vehicle. Officer Jonathan Gross shined a flashlight into the driver's side window and saw that WRIGHT was breathing. He also observed saw a firearm on the floorboard beneath WRIGHT's feet.

7. Officers approached the vehicle from both sides. As Sgt. Jasmine LeDuff opened the driver's side door, WRIGHT woke up and his foot slipped off the brake, causing the vehicle to roll. Officers brought the vehicle to a stop and removed WRIGHT from the vehicle. While doing so, a small cellophane bag containing a rock-like substance fell out of WRIGHT's lap onto the ground.

8. After safely removing WRIGHT from the vehicle, Officers again observed the firearm on the floorboard, where it was left until secured by EBRSO. Officers also noticed

marijuana in the driver's side door. WRIGHT was handcuffed and placed in the back of a Baker PD unit until EBRSO arrived.

9. Officer William Griffin tested the rock-like substance found in the baggie that fell from WRIGHT's lap using a Scott Reagert Test kit. The substance tested positive for cocaine.

10. Officer Griffin advised WRIGHT of his *Miranda* rights. WRIGHT was taken into custody and booked with Possession of Schedule II (La. R.S. 40:967); Possession of Marijuana (La. R.S. 40:966I); Felon in Possession of a Firearm (La. R.S. 14:95.1); and Illegal Carrying of a Firearm with Drugs (La. R.S. 14:95E).

11. The vehicle driven by WRIGHT was registered to Barbara Akins. Akins arrived on scene during the investigation. Officers released the vehicle to Akins after verifying her identity.

12. Officers recovered the firearm, identified as a Beretta, Model PX4 STORM, 9mm pistol (S/N PX308785), and one magazine. The firearm also contained 8 rounds of 9mm ammunition.

13. Affiant entered information on the firearm into the ATF Etrace program and ran it through NCIC in both the ICJIS and Omnixx databases. In doing so, Affiant learned that the firearm was reported stolen by the Livingston Parish Sheriff's Office under file number 2019-S012035.

14. DNA swabs were taken from the surface of the firearm slide, the firearm grip, live rounds recovered from the weapon, and the surface of the firearm magazine. In March of 2020, the following evidence was submitted to the Louisiana State Police ("LSP") Crime Laboratory to determine whether the swabs contained a sufficient DNA profile to use as a reference sample:

- Exhibit #03: One swab/extract from the rough surfaces of the pistol

- Exhibit #04: One swab/extract from the smooth surfaces of the pistol
- Exhibit #05: One swab/extract from the magazine
- Exhibit #06: One swab/extract from the ammunition

15. A DNA analysis was conducted on the swabs using LSP Crime Laboratory protocols. On April 9, 2020, the LSP Crime Laboratory completed its analysis.

16. According to the lab report, Plexor HY testing on Exhibit #06 resulted in insufficient human DNA, therefore no further analysis was performed on this sample.

17. The DNA from Exhibits #03-05 was amplified using the PCR-based PowerPlex Fusion 6C System. These samples were analyzed using a capillary electrophoresis instrument, and DNA typing was conducted according to LSPCL protocols. The following conclusions were made:

- Exhibit #03: The DNA profile obtained from the swab from the rough surfaces of the pistol was consistent with being a mixture of DNA from a minimum of two contributors. Due to the limited nature of the profile, no further conclusions could be made.
- Exhibit #04: A partial DNA profile was obtained from the swab from the smooth surfaces of the pistol. Due to the limited nature of the profile, no further conclusions could be made.
- Exhibit #05: There was insufficient DNA on the swab from the magazine to produce a valid profile.

18. In order for the LSP Crime Laboratory to conduct a forensic analysis of the DNA collected from the rough and smooth surfaces of the firearm, a reference sample must be collected from MICHAEL WRIGHT.

19.     A criminal records check has revealed that WRIGHT was previously convicted in the 19th Judicial District Court of Louisiana for the following felony offenses: Possession of Cocaine in 2002; Possession of Cocaine in 2006; Attempted Possession of a Firearm by a Felon in 2013; and Possession of Hydrocodone in 2014.

20.     Affiant represents that this Affidavit is being submitted for the limited purpose of securing a search warrant and therefore does not include every fact known to law enforcement agents concerning this investigation.

21.     Based on the facts set forth in this Affidavit, Affiant believes there is probable cause to believe that MICHAEL WRIGHT violated Title 18, United States Code, Section 922(g)(1) and that evidence of such offense, specifically, Wright's DNA, will be found in or on the Beretta, Model PX4 STORM, 9mm pistol, its magazine, or ammunition.

22.     Affiant respectfully requests that a warrant be issued authorizing the Bureau of Alcohol, Tobacco, Firearms, and Explosives and other law enforcement officers to obtain a buccal swab of DNA from MICHAEL WRIGHT for the purpose of comparison with the swabs containing possible DNA that were collected by the EBRSO in File Number 19-00201046.

23.     Affiant represents that a buccal swab, which requires obtaining cells from the interior of WRIGHT's mouth, is the least intrusive means possible to obtain a DNA sample from WRIGHT.

24.     Affiant further represents that prior to execution of the search warrant, attempts will be made to obtain the buccal swab from WRIGHT with his consent. However, should WRIGHT refuse to voluntarily submit to a buccal swab, Affiant requests that he or other law

enforcement officers be allowed to transport WRIGHT to a suitable medical facility where trained personnel can obtain the buccal swab from WRIGHT.

_____
David Grunewald, ATF Task Force Officer

Digitally signed by DAVID GRUNEWALD (Affiliate)
Date: 2020.05.21 18:34:53 -05'00'

Affidavit submitted by email/.pdf and attested to me as true and accurate by telephone consistent with Federal Rules of Criminal Procedure 4.1 and 41(d)(3) on the 22nd day of May, 2020.

_____
Honorable Scott D. Johnson
United States Magistrate Judge
Middle District of Louisiana

6

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Michael Wright, Black Male, DOB: XX/XX/1982,<br>SSN: XXX-XX-0084 | )<br>)<br>)  Case No.  20-mj-28<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Middle   District of   Louisiana
*(identify the person or describe the property to be searched and give its location)*:

Michael Wright, Black Male, DOB: XX/XX/1982, SSN: XXX-XX-0084

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

DNA retrievable by buccal swab or blood sample.

**YOU ARE COMMANDED** to execute this warrant on or before   June 4, 2020   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Honorable Scott D. Johnson   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   2:35 PM, May 22, 2020          *[signature: Scott Johnson]*
                                                         *Judge's signature*

City and state:   Baton Rouge, La.                    Honorable Scott D. Johnson, Magistrate Judge
                                                         *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** ||| 
|---|---|---|
| Case No.:<br>20- mj-28 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>Date: _____<br><br>_____<br>*Executing officer's signature*<br><br>_____<br>*Printed name and title* |